MCGREGOR W. SCOTT
United States Attorney

HENRY C. DARMSTADTER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6481

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL A. MILNES, individually and doing business as Michael A. Milnes Law; and ESTHER N. MILNES <br><br> Defendants. | Civil No. 1: 04 CV 6492 DLB <br><br> ORDER DISMISSING ACTION UNDER FED.R.CIV.P 41(a)(1) |

BASED UPON THE STIPULATION FOR DISMISSAL OF THE PARTIES AND GOOD CAUSE BEING SHOWN, the above-captioned action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: __March 17, 2006__           __/s/ Dennis L. Beck__
3b142a                                UNITED STATES MAGISTRATE JUDGE